1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9                         ----oo0oo----

10

11   COUNTY OF AMADOR, CALIFORNIA,
                                        NO. CIV. S-12-01710 TLN CKD
12            Plaintiff,

13        v.                            RELATED CASE ORDER

14   THE UNITED STATES DEPARTMENT
     OF THE INTERIOR et al.,
15
              Defendants.
16   _____/

17   NO CASINO IN PLYMOUTH and
     CITIZENS EQUAL RIGHTS ALLIANCE     NO. CIV. S-12-01748 TLN CMK
18
              Plaintiffs,
19
          v.
20
     SALLY JEWEL, et al.
21
              Defendants.
22   _____/

23

24   NICOLAS VILLA JR.,
                                        NO. CIV. S-13-00700 LKK EFB
25            Plaintiff,

26        v.

27   SALLY JEWEL, et al.

28            Defendants.
     _____/

1    Examination of the above-captioned actions reveals that they

2    are related within the meaning of Local Rule 123.  The actions

3    involve similar parties and are based on similar events, and

4    would therefore entail a substantial duplication of labor if

5    heard by different judges.  Accordingly, the assignment of the

6    matters to the same judge is likely to effect a substantial

7    savings of judicial effort and is also likely to be convenient to

8    the parties.

9    Relating the cases under Local Rule 123 effectuates the

10   result that these actions are assigned to the same judge;

11   relation of these actions, however, does not produce

12   consolidation.  Under the regular practice of this court, related

13   cases are generally assigned to the judge and magistrate judge to

14   whom the first filed action was assigned.

15   Therefore, the court makes the following order: The action

16   denominated "CIV. S-13-0700 LKK/EFB" is REASSIGNED to the

17   undersigned and from Magistrate Judge Edmund F. Brennan to

18   Magistrate Judge Carolyn K. Delaney.  Henceforth, the caption on

19   documents filed in this reassigned case shall be shown as "CIV.

20   S-13-00700 TLN/CKD."

21   The Clerk of Court shall make appropriate adjustment in the

22   assignment of civil cases to compensate for this reassignment.

23   IT IS SO ORDERED.

24   DATED: April 19, 2013

25

26

27   _____
     Troy L. Nunley
     United States District Judge

28

2